# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

ORIGINAL

FILED-USDC-NDTX-DA
'25 APR 3 AM9:07

Kendrick Carson
Plaintiff

v.

Dallas Area Rapid Transit
Defendant

Case Number: 3:24-CV-2776-L

## MOTION FOR THE APPOINTMENT OF COUNSEL

I request that the Court appoint an attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay costs and fees.
2. Other material, if any.

I have made the following efforts to obtain counsel from legal aid or legal services organizations or individual attorneys without payment of a fee or on a contingent fee basis, and have been unable to obtain the services of counsel:

I have made efforts to obtain counsel through referral by Dallas Bar Association attorneys, and have been unable to obtain the services of counsel.

Date: 4/3/2025

Signature: K~C

Print Name: Kendrick Carson

Address: 6341 Leaning Oaks St

City, State, Zip: Dallas, TX 75241

Telephone: 214 543 8927